

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00101-CR

Brandon **MASTER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4792W
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The appellant's motion for pro se access to the appellate record is GRANTED. The filing of the appellant's brief is due on or before September 24, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court